ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
LLOYD F. LEROY, ESQ., S.B. #203502
BRAYTON❖PURCELL
Attorneys at Law
222 Rush Landing Road
Novato, California  94948
(415) 898-1555 Telephone
(415) 898-1247 Facsimile

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: COMPLEX ASBESTOS LITIGATION<br>[Lead Case: Patricia Anderegg]<br><br>        Plaintiffs,<br><br>vs.<br><br>Center for Claims Resolution, Inc.<br><br>        Defendant. | No. C01-01804 CW<br><br>OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER TO REMAND OR, IN THE ALTERNATIVE, MOTION TO ALTER OR AMEND JUDGMENT |

Plaintiffs oppose the motion of defendant, Center for Claims Resolution on the following procedural grounds:

(1) this motion was filed in violation of Civil Local Rule 7-9.

(2) this court is without jurisdiction to hear the motion.

### ARGUMENT

**1. This motion was filed in violation of Civil Local Rule 7-9.**

Civil Local Rule 7-9, Motion for Reconsideration, dictates that: "No party may notice a motion for reconsideration without first obtaining leave of Court to file the motion." [Civil Local Rule 7-9(a)].

K:\CLIENTS\6897\opp-remand-recon.wpd                    1
OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER TO REMAND OR, IN THE ALTERNATIVE, MOTION TO ALTER OR AMEND JUDGMENT

1 Defendant Center for Claims Resolution did not obtain leave of court to file its motion for
2 reconsideration. The Court should, therefore, not consider the motion since it was noticed in violation
3 of the rules.

### 2. This Court is Without Jurisdiction to Hear the Motion.

The Court ordered this case remanded to the Superior Court of California for San Francisco County. That order was filed October 10, 2001, and this Court's docket on the case was closed. CCR's motion indicates the District Court's jurisdiction to reconsider its Order of Remand continues "until the time for filing a notice of appeal from the remand order expires." [Motion at 2]. There is no such "time for filing a notice of appeal" because this court's order of Remand is not an appealable order.

> An order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise, except that an order remanding a case to the State court from which it was removed pursuant to section 1443 of this title shall be reviewable by appeal or otherwise.

[28 U.S.C. § 1447(d)]

Section 1443 pertains to civil rights cases removed to the Federal Courts and is thus not applicable here. Accordingly, this order is not appealable or otherwise reviewable by this court. The court must refuse to consider this motion for reconsideration.

### CONCLUSION

This court must refuse to consider the defendant's motion for reconsideration. The motion was filed in violation of the local rule and must be rejected. Additionally, this court is without jurisdiction to reconsider the matter since the order is not appealable or otherwise reviewable and the matter has been remanded to the state court.

///
///

K:\CLIENTS\6897\opp-remand-recon.wpd                    2
OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER TO REMAND OR, IN THE ALTERNATIVE, MOTION TO ALTER OR AMEND JUDGMENT

1 | If this court, despite the facial deficiencies of the motion, does intend to consider the
2 | defendant's motion, plaintiffs request the opportunity to further oppose the motion on substantive
3 | grounds.

4 | Dated:   October 18, 2001       Respectfully submitted,

5 | BRAYTON❖ PURCELL

By: ___/s/_____
Lloyd F. LeRoy
Attorneys for Plaintiffs

K:\CLIENTS\6897\opp-remand-recon.wpd               3
OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER TO REMAND OR, IN THE ALTERNATIVE, MOTION TO ALTER OR AMEND JUDGMENT